DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANE KATHRYN PARRISH,**
Appellant,

v.

**EXTRA SPACE STORAGE,**
Appellee.

No. 4D22-2724

[May 17, 2023]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case No. 22000903-SC-AXMX.

Diane Kathryn Parrish, Port St. Lucie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1050, (Fla. 1980).

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***